IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-0006-01-CR-W-SOW |
| | ) | |
| GREGORY D. SAGE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before the Court is defendant Gregory D. Sage's Motion for Judicial Determination of Competency to Stand Trial (Doc. #25). Defendant was examined by Judith Campbell, Ph.D., a forensic psychologist. It is the opinion of Dr. Campbell that defendant is competent to stand trial. During a hearing held before United States Magistrate Judge Robert Larsen on August 15, 2007, defendant Sage and the government stipulated to the report of Dr. Campbell.

Therefore, with no objection having been filed and having made an independent review of the record, it is hereby

ORDERED that defendant Gregory D. Sage's Motion for Judicial Determination of Competency to Stand Trial (Doc. #25) is granted, the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this Court finds that the defendant is competent to stand trial. It is further

ORDERED that, pursuant to 18 U.S.C. §3161(h)(1)(A), the time between February 21, 2007, and the date of this Order is excluded in computing the time within which the trial of this criminal action must commence. It is further

ORDERED that this case is set for trial on the joint criminal jury trial docket which will

commence September 17, 2007.


              __/s/ Scott O. Wright_____
              SCOTT O. WRIGHT
              Senior United States District Judge

Dated: __8/24/2007_____