IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,                    )
                                             )
                    Plaintiff,               )
                                             )
vs.                                          )     No. 07-00006-01-CR-W-SOW
                                             )
GREGORY D. SAGE,                             )
                                             )
                    Defendant.               )

ORDER

Before this Court is the Report and Recommendation of United States Magistrate Robert

E. Larsen regarding defendant's Motion to Suppress Evidence (Doc. #23).  The Report and

Recommendation of the Magistrate in this case is both thorough and well-reasoned.  The Court

has reviewed the detailed objections made by the defendant; however, the Court agrees with this

recommendation and sees no reason to comment further.  Accordingly, it is hereby

ORDERED that defendant's Motion to Suppress Evidence (Doc. #23) is denied.



/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated:  December 27, 2007